**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
8/20/2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>PANZICA CONSTRUCTION COMPANY, an Ohio Corporation; JLJI ENTERPRISES, INC., an Ohio Corporation; and PANZICA SPECIAL PROJECTS GROUP, an Ohio entity,<br><br>               Defendants. | Case No.: 1:23-cv-02217<br><br>Judge: David A. Ruiz<br><br>**STIPULATED NOTICE OF DISMISSAL PER RULE 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Liberty Surplus Insurance Corporation ("LSIC") and Defendants Panzica Construction Company, Panzica Special Projects Group, (collectively "Panzica"), and JLJI Enterprises, Inc. ("JLJI") submit this stipulated notice of dismissal of LSIC's Complaint against Defendants Panzica and JLJI. This stipulated notice of dismissal thus acts to dismiss LSIC's Complaint in its entirety against all parties.

1

Dated:  August19, 2025

                        *s/ Patrick Fredette*
                        Patrick Fredette (80523)
Christopher Ryan (84607)
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Tel: (513) 762-7520

*Attorneys for Liberty Surplus Insurance Corporation*

*s/ Aaron Evenchik per AUTH.*
Aaron Evenchik
Christina T. Hassel
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
aevenchik@hahnlaw.com
Tel: (216) 274-2450

*Attorneys for Panzica Construction Company and Panzica Special Projects Group*


*s/ James Dixon per AUTH.*
James T. Dixon
Roetzell & Andress
600 Superior Avenue, East
Ste. 1600
Cleveland, OH 44114
jdixon@ralaw.com
Tel:(216) 272-9391

*Attorney for JLJI Enterprises, Inc.*